**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **WILLIE ZEPHERIN ET AL** | **CASE NO. 6:26-CV-01456** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CLEAR BLUE INSURANCE CO ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, this Court concludes that the Magistrate Judge's report and recommendation (Doc. 22) is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiffs' Motion to Remand (Doc. 9) is DENIED. Plaintiffs' claims against Cory Hebert and Frederick Greschner are DISMISSED WITH PREJUDICE.

**THUS DONE AND SIGNED** in chambers on this 24th day of September, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**